# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-00326-REB-PAC

JOEY DOMONDON ANDRES,

    Applicant,

v.

ALBERTO R. GONZALES, Attorney General,

    Respondent.

_____

## MINUTE ORDER[1]
_____

    Respondent's *Unopposed* Motion for Leave to File Supplement to Response to Order to Show Cause and Answer to Application for Writ of Habeas Corpus [#15], filed March 17, 2006, is GRANTED.

Dated: March 20, 2006
----------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.