**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

No. 06-cv-00326-REB-PAC

JOEY DOMONDON ANDRES,

    Applicant,

v.

ALBERTO R. GONZALES, Attorney General,

    Respondent.

---

**ORDER**

---

Based on respondent's *unopposed* motion to lift that aspect of this Court's Order, filed March 1, 2006, requiring that the applicant, Joey Domondon Andres, remain in custody and within the jurisdiction of this Court until further order, *see* Docket No. 3 at 2, and for good cause shown, it is hereby ORDERED that respondent's motion be, and it hereby is, GRANTED. Respondent is no longer required to maintain Mr. Andres in custody and within the jurisdiction of this Court.

Dated: This 9th day of May, 2006

                                            **s/ Robert E. Blackburn**

                                            UNITED STATES DISTRICT JUDGE