**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 06-cv-00326-REB-PAC

JOEY DOMONDON ANDRES,

    Applicant,

v.

ALBERTO R. GONZALES, Attorney General,

    Respondent.
_____

**ORDER OF DISMISSAL**
_____

**Blackburn, J.**

On May 25, 2006, the parties filed a **Stipulation of Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1)(ii)** [#20]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1)(ii)** [#20] filed on May 25, 2006, **IS APPROVED**; and

2. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated May 25, 2006, at Denver, Colorado.

                                                **BY THE COURT:**

                                                **s/ Robert E. Blackburn**
                                                **Robert E. Blackburn**
                                                **United States District Judge**